```
THOMAS E. MULVIHILL, ESQ. (SBN 129906)
TAMIKO A. DUNHAM, ESQ. (SBN 233455)
ROSEANNE C. LAZZAROTTO, ESQ. (SBN 251001)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
tmulvihill@bjg.com
tdunham@bjg.com
rlazzarotto@bjg.com
```

Attorneys for Plaintiff and Counter-Defendant
AXIS SURPLUS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br>v.<br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; and EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation,<br><br>    Defendants,<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS. | Case No.: 2:14-CV-08180-RGK<br><br>**STIPULATION TO DISMISS**<br><br>Complaint Filed: October 22, 2014<br><br>U.S. District Court Judge R. Gary Klausner |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant AXIS SURPLUS INSURANCE COMPANY ("AXIS"), by and through its attorneys, Boornazian, Jensen & Garthe, A Professional Corporation; Defendant, Counter-Claimant, Cross-Claimant, and Cross-Defendant NAVIGATORS SPECIALTY INSURANCE COMPANY ("NAVIGATORS"), by and through its attorneys, Herold & Sager; and Defendant, Counter-Claimant, Cross-Claimant, Cross-Defendant, and Third-Party claimant EVEREST INDEMNITY INSURANCE COMPANY ("EVEREST"), by and through its attorneys, Selman Breitman LLP, as follows:

1  The operative First Amended Complaint of AXIS is hereby dismissed with prejudice;

2  The Counterclaim and Cross-Claim of NAVIGATORS are hereby dismissed with prejudice;

3  The Counterclaim and Cross-Claim of Everest are hereby dismissed with prejudice;

4  The Third Party Complaint of Everest as to Third Party Defendant SADDLEBACK CORP. dba SADDLABACK WATERPROOFING is hereby dismissed with prejudice; and

5  The Third Party Complaint of Everest as to Third Party Defendant Paver Décor Masonry, Inc. dba Alpha & Omega Pavers is hereby dismissed without prejudice.

Each of these stipulating parties are to bear their own fees and costs.

**IT IS SO STIPULATED**

DATED: June 25, 2015

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Tamiko A. Dunham
THOMAS E. MULVIHILL, ESQ.
TAMIKO A. DUNHAM, ESQ.
ROSEANNE C. LAZZAROTTO, ESQ.
Attorneys for Plaintiff and Counter-Defendant
AXIS SURPLUS INSURANCE COMPANY

DATED: June 25, 2015

HEROLD & SAGER

By: /s/ David G. Hackett
LINDA L. SAGER, ESQ.
DAVID G. HACKETT, ESQ.
Attorneys for Defendant, Counter-Claimant, Cross-Claimant, and Cross-Defendant NAVIGATORS SPECIALTY INSURANCE COMPANY

1 | DATED: June 25, 2015

2
        SELMAN BREITMAN LLP

By:  */s/ Todd R. Haas*
  TODD R. HAAS, ESQ.
  Attorneys for Defendant, Counter-Claimant, Cross-Claimant, Cross-Defendant, and Third-Party Claimant
  EVEREST INDEMNITY INSURANCE COMPANY

27499\685422

---

-3-
**STIPULATION TO DISMISS**
U.S.D.C. Central District Case No. 2:14-cv-08180